## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S),

v.

JEFFREY OLSEN

DEFENDANT(S).

CASE NUMBER:

8:17–cr–00076–CJC

### NOTICE OF REASSIGNMENT
### OF CASE DUE TO UNAVAILABILITY
### OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

The Judge to whom the above–entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge and in accordance with the rules of this Court, the above–entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon.   John W. Holcomb   , U.S. District Judge for all further proceedings.

Please substitute the initials of the newly assigned Judge so that the new case number will read:   8:17–cr–00076–JWH   . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

June 3, 2024
Date

By:  /s/ Vangelina Pina
Deputy Clerk

G–74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER