UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

FILED
CLERK, U.S. DISTRICT COURT
4/10/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cla___ DEPUTY

# JURY NOTE • NUMBER 11

Case No. 8:17-cr-00076-JWH-1

Title: USA v. Jeffrey Olsen

====================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:

_____

_____

_____

_____

_____

_____

_____

Dated this __9__ day of __April__, 2025.

Time:    :    am/pm

Court's Response:

please see Attached

Your honor,

for the ~~count of~~ 1 thru 34 cnts

Due to the understanding and knowledge of Jury(ies) – from the wording of the instruction for deliberation. Lacks of clearity and define of for example – and/or (and) – (or) – subjective plus the timeline of Events, the respective of understanding of the law by Juries.

Without pertain proper understanding of the law, and ~~only~~ allow the understand of instruction (define by understand of each individual-jur.(es)) – the verdict could not be absolutely ⟨unamious⟩ =

⟨intend⟩ – + – ⟨act⟩
Knowledge of + outside of Regulation
Violation