FILED
CLERK, U.S. DISTRICT COURT
4/10/25
CENTRAL DISTRICT OF CALIFORNIA
BY: cla DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY DOVE OLSEN,

Defendant.

Case No. 8:17-cr-00076-JWH

**VERDICT FORM**

We, the Jury in the above-captioned case, hereby present the following unanimous verdict as to the following counts as alleged in the Indictment against Defendant Jeffrey Dove Olsen:

**COUNT ONE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about August 2, 2013, to Ken Kausler, as charged in Count One of the Indictment.

**COUNT TWO**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

__X__ NOT GUILTY

of distribution of oxycodone on or about August 9, 2013, to James Goodell, as charged in Count Two of the Indictment.

**COUNT THREE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY Deadlocked

of distribution of oxycodone on or about September 9, 2013, to Ken Kausler, as charged in Count Three of the Indictment.

**COUNT FOUR**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

__X__ NOT GUILTY

of distribution of oxycodone on or about October 1, 2013, to James Goodell, as charged in Count Four of the Indictment.

**COUNT FIVE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY

Deadlocked

of distribution of oxycodone on or about October 12, 2013, to Jolene Verza, as charged in Count Five of the Indictment.

**COUNT SIX**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY

Deadlocked

of distribution of oxycodone on or about April 9, 2014, to James Goodell, as charged in Count Six of the Indictment.

**COUNT SEVEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____GUILTY Deadlocked

_____NOT GUILTY

of distribution of oxycodone on or about May 14, 2014, to James Goodell, as charged in Count Seven of the Indictment.

**COUNT EIGHT**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____GUILTY Deadlocked

_____NOT GUILTY

of distribution of oxycodone on or about May 16, 2014, to Jolene Verza, as charged in Count Eight of the Indictment.

**COUNT NINE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____GUILTY Deadlocked

_____NOT GUILTY

of distribution of oxycodone on or about February 13, 2015, to Kaitlyn Bash, as charged in Count Nine of the Indictment.

**COUNT TEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

__X__ NOT GUILTY

of distribution of oxycodone on or about March 9, 2015, to Kaitlyn Bash, as charged in Count Ten of the Indictment.

**COUNT ELEVEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY

Deadlocked

of distribution of oxycodone on or about April 9, 2015, to Kaitlyn Bash, as charged in Count Eleven of the Indictment.

**COUNT TWELVE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY

Deadlocked

of distribution of oxycodone on or about April 9, 2015, to Jewelana Wilson, as charged in Count Twelve of the Indictment.

**COUNT THIRTEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY    Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about April 17, 2015, to Kaitlyn Bash, as charged in Count Thirteen of the Indictment.

**COUNT FOURTEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY    Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about April 28, 2015, to Jewelana Wilson, as charged in Count Fourteen of the Indictment.

**COUNT FIFTEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY    Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about May 18, 2015, to James Goodell, as charged in Count Fifteen of the Indictment.

**COUNT SIXTEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about May 18, 2015, to Jolene Verza, as charged in Count Sixteen of the Indictment.

**COUNT SEVENTEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about June 25, 2015, to James Goodell, as charged in Count Seventeen of the Indictment.

**COUNT EIGHTEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of oxycodone on or about June 25, 2015, to Jolene Verza, as charged in Count Eighteen of the Indictment.

**COUNT NINETEEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY Deadlocked

of distribution of oxycodone on or about January 20, 2016, to Jewelana Wilson, as charged in Count Nineteen of the Indictment.

**COUNT TWENTY**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of amphetamine salts on or about March 9, 2015, to Kailtyn Bash, as charged in Count Twenty of the Indictment.

**COUNT TWENTY-ONE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY Deadlocked

of distribution of amphetamine salts on or about April 9, 2015, to Kaitlyn Bash, as charged in Count Twenty-One of the Indictment.

**COUNT TWENTY-TWO**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of amphetamine salts on or about April 9, 2015, to Jewelana Wilson, as charged in Count Twenty-Two of the Indictment.

**COUNT TWENTY-THREE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of amphetamine salts on or about April 17, 2015, to Kaitlyn Bash, as charged in Count Twenty-Three of the Indictment.

**COUNT TWENTY-FOUR**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of amphetamine salts on or about April 28, 2015, to Jewelana Wilson, as charged in Count Twenty-Four of the Indictment.

## COUNT TWENTY-FIVE

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY
_____ NOT GUILTY

Deadlocked

of distribution of amphetamine salts on or about January 20, 2016, to Jewelana Wilson, as charged in Count Twenty-Five of the Indictment.

## COUNT TWENTY-SIX

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY
_____ NOT GUILTY

Deadlocked

of distribution of alprazolam on or about February 13, 2015, to Kaitlyn Bash, as charged in Count Twenty-Six of the Indictment.

## COUNT TWENTY-SEVEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY
__X__ NOT GUILTY

of distribution of alprazolam on or about March 9, 2015, to Kaitlyn Bash, as charged in Count Twenty-Seven of the Indictment.

**COUNT TWENTY-EIGHT**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____GUILTY Deadlocked

_____NOT GUILTY

of distribution of alprazolam on or about April 9, 2015, to Kaitlyn Bash, as charged in Count Twenty-Eight of the Indictment.

**COUNT TWENTY-NINE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____GUILTY Deadlocked

_____NOT GUILTY

of distribution of alprazolam on or about April 9, 2015, to Jewelana Wilson, as charged in Count Twenty-Nine of the Indictment.

**COUNT THIRTY**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____GUILTY Deadlocked

_____NOT GUILTY

of distribution of alprazolam on or about April 17, 2015, to Kaitlyn Bash, as charged in Count Thirty of the Indictment.

**COUNT THIRTY-ONE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of alprazolam on or about April 28, 2015, to Jewelana Wilson, as charged in Count Thirty-One of the Indictment.

**COUNT THIRTY-TWO**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of alprazolam on or about January 20, 2016, to Jewelana Wilson, as charged in Count Thirty-Two of the Indictment.

**COUNT THIRTY-THREE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY Deadlocked

_____ NOT GUILTY

of distribution of hydrocodone on or about August 29, 2013, to Sean Matthias, as charged in Count Thirty-Three of the Indictment.

## COUNT THIRTY-FOUR

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_____ GUILTY

_____ NOT GUILTY

Deadlocked

of distribution of hydrocodone on or about September 24, 2013, to Sean Matthias, as charged in Count Thirty-Four of the Indictment.

## COUNT THIRTY-FIVE

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

__X__ GUILTY

_____ NOT GUILTY

of making a false statement in a Drug Enforcement Administration application as charged in Count Thirty-Five of the Indictment.

*Please sign and date this verdict form and return it to the Court.*

Dated: 4-10-25 Signed: